IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-976-MSG |
| v. | ) |
| | ) |
| DELL INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court that the time within which Defendant Dell Inc. shall move, answer or otherwise respond to the Complaint in the above-captioned action is extended to and including December 13, 2011.

*/s/ Brian E. Farnan*
Brian E. Farnan (#4089)
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
Attorneys for Plaintiff Round Rock Research LLC

*/s/ Steven J. Fineman*
Steven J. Fineman (#4025)
fineman@rlf.com
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
Attorneys for Defendant Dell Inc.

SO ORDERED THIS _____ day of _____, 2011.

_____
United States District Judge