IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROUND ROCK RESEARCH LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 11-976-RGA |
| | : | |
| DELL INC., | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| ROUND ROCK RESEARCH LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 11-977-RGA |
| | : | |
| ACER INC., ACER AMERICA | : | |
| CORPORATION, ACER AMERICAN | : | |
| HOLDINGS INC., and GATEWAY INC., | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| ROUND ROCK RESEARCH LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 11-1011-RGA |
| | : | |
| LENOVO GROUP LTD., LENOVO | : | |
| HOLDING CO., INC., and LENOVO | : | |
| (UNITED STATES) INC., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

This 16th day of **April 2012**, IT IS HEREBY ORDERED that the Court modifies

paragraph 8 of the scheduling orders. The deadline (**January 30, 2013**) for completion of claims construction briefing will be moved back, and the parties should meet and confer to agree to a schedule compliant with the following:

**Claim Construction Briefing**: The Plaintiff shall serve, but not file, its opening brief, not to exceed 20 pages, on _____. The Defendant shall serve, but not file, its answering brief, not to exceed 30 pages, on _____. The Plaintiff shall serve, but not file, its reply brief, not to exceed 20 pages, on _____. The Defendant shall serve, but not file, its sur-reply brief, not to exceed 10 pages, on _____.

No later than **Febuary 21, 2013**, the parties shall file a Joint Claim Construction Brief. The parties shall copy and paste their briefed positions by claim term in sequential order, in substantially the form below.

## JOINT CLAIM CONSTRUCTION BRIEF

I. Agreed-upon Constructions

II. Disputed Constructions

A. [TERM 1]
   1. Plaintiff's Opening Position
   2. Defendant's Opening Position
   3. Plaintiff's Reply Position
   4. Defendant's Sur-Reply Position

B. [TERM 2]
   1. Plaintiff's Opening Position
   2. Defendant's Opening Position
   3. Plaintiff's Reply Position
   4. Defendant's Sur-Reply Position

If there are any materials that would be submitted in an appendix, the parties shall submit them in a joint appendix.

*[signature]*
United States District Judge