# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 11-976-RGA ) ) **JURY TRIAL DEMANDED** |
| DELL, INC., | ) ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Richard L. Horwitz of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, as Delaware counsel on behalf of defendant Dell, Inc.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Douglas R. Young<br>Roderick M. Thompson<br>Eugene Y. Mar<br>Stephanie P. Skaff<br>June T. Tai<br>Erik C. Olson<br>Allyson M. Franco<br>FARELLA BRAUN + MARTEL LLP<br>Russ Building<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104<br>Tel:  (415) 954-4438 | By:  */s/ Richard L. Horwitz*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>Tel:  (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com |
| Dated:  November 15, 2012<br>1083254 / 39666 | *Attorneys for Defendant Dell, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on November 15, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on November 15, 2012, the attached document was electronically mailed to the following person(s)

| | |
|---|---|
| Brian E. Farnan<br>Farnan LLP<br>919 North Market Street<br>12th Floor<br>Wilmington, DE  19801<br>bfarnan@farnanlaw.com | Paul A. Bondor<br>Jonas R. McDavit<br>Desmarais LLP<br>230 Park Avenue<br>New York, NY  10169<br>pbondor@desmaraisllp.com<br>jmcdavit@desmaraisllp.com |

By:  /s/ Richard L. Horwitz
　　　Richard L. Horwitz
　　　David E. Moore
　　　Bindu A. Palapura
　　　Hercules Plaza, 6th Floor
　　　1313 N. Market Street
　　　Wilmington, Delaware 19899-0951
　　　(302) 984-6000
　　　rhorwitz@potteranderson.com
　　　dmoore@potteranderson.com
　　　bpalapura@potteranderson.com

1083188 / 39666